[No. 10713-5-I. Division One. May 16, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES
ARTHUR O'LOUGHLIN, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 77097, Lee Kraft, J., entered July 23, 1981.
*Affirmed* by unpublished opinion per Andersen, C.J., con-
curred in by Williams and Corbett, JJ.

[No. 10316-4-I. Division One. May 16, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. VERONICA
LYN COMPTON, *Appellant.*

Appeal from a judgment of the Superior Court for What-
com County, No. 80-1-00322-7, Byron L. Swedberg, J.,
entered May 22, 1981. *Affirmed* by unpublished opinion per
Andersen, C.J., concurred in by Williams and Scholfield, JJ.